AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Robert Zutoft, individually on behalf of himself
and a class,

| | |
|---|---|
| | CASE NUMBER:    18-cv-1845 |
| V. | ASSIGNED JUDGE:    Sharon Johnson Coleman |
| PCA Acquisitions V, LLC d/b/a Invenio Financial, and Blitt & Gaines, PC | DESIGNATED MAGISTRATE JUDGE:   Maria Valdez |

TO: (Name and address of Defendant)

PCA Acquisitions V, LLC, d/b/a Invenio Financial
c/o CT Corporation System
208 S. LaSalle St.
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



March 15, 2018
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/15/18 |
|---|---|
| NAME OF SERVER *(PRINT)* Mariana Kasalo | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): CT Corporation System
208 S. Lasalle St. Chicago IL 60604

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/15/18
_____
Date

Mariana Kasalo
_____
*Signature of Server*

20 N. Clark St. Chicago IL 60602
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.