UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Robert Zutoft

                    Plaintiff,

v.                                          Case No.: 1:18−cv−01845
                                                        Honorable Sharon Johnson Coleman

PCA Acquisitions V, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 24, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/24/2018. Response to Defendants' motions to dismiss [11] [14] is to be filed by 5/22/2018. Plaintiff is to file a separate response to each motion. Replies are due by 6/5/2018. Defendants to file their answer by the end of the week. MIDP disclosures to be submitted by 6/14/2018. Status hearing set for 6/18/2018 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.